United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SANTOS JESUS GARCIA MORALES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-606 |
| | § | |
| MARKWAYNE MULLIN, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Santos Jesus Garcia Morales initiated this action under 8 U.S.C. § 1503, seeking a declaration that he is a United States citizen. (Compl., Doc. 1) Garcia now seeks to dismiss his Complaint because "USCIS issued Plaintiff his certificate of US Citizenship." (Mot. to Dismiss, Doc. 11) Defendants have not filed an answer or motion for summary judgment.

Under Federal Rule of Civil Procedure 41(a)(2), at a plaintiff's request, a court can dismiss an action "on terms that the court considers proper." Petitioner's receipt of his certificate of United States citizenship renders his causes of action moot. As a result, it is:

**ORDERED** that Plaintiff Santos Jesus Garcia Morales's causes of action within his Complaint for Declaratory and Injunctive Relief (Doc. 1) are **DISMISSED AS MOOT**.

The Clerk of Court is directed to close this case.

Signed on September 30, 2026.

Fernando Rodriguez, Jr.
United States District Judge